UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 23-42368

TERRILL DONYELLE MOORE,  Chapter 7

    Debtor.  Judge Thomas J. Tucker
_____/

ANDREW R. VARA,
UNITED STATES TRUSTEE,

    Plaintiff,

v.  Adv. No. 23-04251

TERRILL DONYELLE MOORE, *pro se*,

    Defendant.
_____/

**ORDER DISMISSING ADVERSARY PROCEEDING
FOR LACK OF SUBJECT MATTER JURISDICTION**

    This adversary proceeding is before the Court on the Court's own motion, for review of subject matter jurisdiction. On July 19, 2023, the main bankruptcy case (Case No. 23-42368) was dismissed. Because the main bankruptcy case was dismissed, there is no longer pending any "case under title 11" within the meaning of 28 U.S.C. §§ 1334(a), 157(a) and 157(b)(1). As a result, this adversary proceeding can no longer be considered a proceeding "arising under title 11, or arising in or related to" a case under title 11 within the meaning of 28 U.S.C. §§ 1334(b), 157(a) and 157(b)(1).

    Similarly, this adversary proceeding is moot, due to the dismissal of the main bankruptcy case.

For these reasons, the Court concludes that this Court does not have subject matter jurisdiction of this adversary proceeding, and so it must be dismissed. Accordingly,

IT IS ORDERED that this adversary proceeding is dismissed.

**Signed on July 19, 2023**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker
United States Bankruptcy Judge**

2

23-04251-tjt    Doc 5    Filed 07/19/23    Entered 07/19/23 14:14:23    Page 2 of 2